### Exhibit A to the Complaint

**Location:** New York, NY  **IP Address:** 74.108.115.131
**Total Works Infringed:** 31  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C81906D2807ADA3640AC58B3EC5D9561DA855DFF<br>File Hash: 73E264FF38EE4C117648C69AAF8CBBA60EFE965D833B3A770C49CC8E10C2FBFF | 08-17-2021 15:07:57 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 2 | Info Hash: 4B9A8463F0FBAAEB3D89398BD2E72F6762E3A2E6<br>File Hash: 2A432F4B2985F283FDB6A3F28DCB67E189DF5FD6A6A609EFA7A572FA356D191C | 08-17-2021 15:06:17 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 3 | Info Hash: 3CAD7A2A0AAECF317DF61A8209EF50F816628EF9<br>File Hash: DCDC4012ECFC833DB16B30305BB12BCAEA6D97E177C4D4DDA09912E5E56A55DB | 08-09-2021 19:07:30 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 4 | Info Hash: 08B0A612F8AE6494D6A7B7788B4646B936EB345B<br>File Hash: 05B9A29576186E3BEAB663C3C3464BB3F7C81EB156C6717C391C3C68F3CA9E4E | 07-28-2021 16:51:44 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 5 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27<br>File Hash: 6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 12-29-2020 16:00:00 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 6 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 12-02-2020 21:24:02 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 7 | Info Hash: 7EC41A2781FDD54B52A2E7B842DAADA1906D4EC9<br>File Hash: 32A0FF90F847F3B19BAA4468BAA74EBCFBFCBD242633C4A5D1A3A06D5E04F827 | 11-03-2020 16:08:52 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 8 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10-06-2020 14:44:54 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 1F20D6A7008B7CCEC3410A20EFACC4AC55CEAADC<br>File Hash: 9A1A9C2782555622990015C592A6BA55BE742A35B3ACE638D920D2A4A3D2B1E9 | 08-18-2020 21:47:30 | Blacked Raw | 08-17-2020 | 09-05-2020 | PA0002255472 |
| 10 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 08-18-2020 21:46:31 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 11 | Info Hash: F8583702AE872EE053184CA6080068C9F92E88CD<br>File Hash: FCF279202902EA6E3D0FAD1FA98C56F0FA68266DBAFAC1801851C20D6393BB79 | 08-05-2020 18:49:21 | Tushy | 05-31-2019 | 06-17-2019 | PA0002181300 |
| 12 | Info Hash: 9D0DD6ED44118B4E55D80196591F7AC42E295976<br>File Hash: 738DDC3A312718766B64BDB17DD2846B5E1715AFBA943EA819CCE5A2066B4BF7 | 07-06-2020 17:45:33 | Vixen | 07-03-2020 | 07-16-2020 | PA0002248578 |
| 13 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 05-27-2020 16:30:43 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |
| 14 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 05-27-2020 16:28:14 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |
| 15 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 03-02-2020 21:20:40 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 16 | Info Hash: 0075912858F26F4B9B02968E5B9913617E3F3830<br>File Hash: D19DE7E11241A54E88C807833D4C62AB0E74BF1D7C22D6D23A6E3AFBBFB0412C | 11-12-2019 21:14:36 | Blacked | 11-11-2019 | 11-27-2019 | PA0002213994 |
| 17 | Info Hash: EB8182CB6D300A79475A2DF9651C8674C4BBA7FB<br>File Hash: E1E817C687D36BD1C9FB37A539C4C4E62F58D2B0BC61B8BBE4E8CB51087F05F1 | 10-29-2019 17:51:31 | Tushy | 10-28-2019 | 11-05-2019 | PA0002227106 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 4377D001F4E80BB56FC09EEC160D3E44683A7EAF<br>File Hash: DD98AF23D306256E0C8E4D4925F2A17C4E0FCBC11B5EAD6F2D4F1EC3754EE213 | 09-17-2019 00:20:17 | Vixen | 09-16-2019 | 10-01-2019 | PA0002217346 |
| 19 | Info Hash: 5DF8FA648DEEAE1D73E962DB195061E646F82B4E<br>File Hash: BA5A079E645206AA74CFD54D5EA02C345EB7CA9D87D07AE53C3DB2E8CC913CEE | 08-05-2019 20:22:38 | Tushy | 08-04-2019 | 08-22-2019 | PA0002195508 |
| 20 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 07-05-2019 21:00:49 | Tushy | 06-30-2019 | 07-17-2019 | PA0002188300 |
| 21 | Info Hash: 14CEF1AE30019EBC5D7AB3742A78284AD4D7628F<br>File Hash: D1D3FA40631CAFF6DB2A1EE3CBA5E30DD4C7AF67BA25D5BBDC0983E1C857B543 | 06-29-2019 00:43:05 | Blacked | 06-28-2019 | 08-27-2019 | PA0002213235 |
| 22 | Info Hash: 258961E123E520633A96CDF11E8E6F60E233C816<br>File Hash: A116D3BED05F6DD226D58A71AFCD167970C507F1B10DCD4306EA08F55BFE4621 | 06-25-2019 19:34:26 | Vixen | 07-23-2017 | 08-10-2017 | PA0002046877 |
| 23 | Info Hash: EACA7D37BAA3DDEDBB600DEC80C7D26B5BEA4620<br>File Hash: F115C2F33B8DB1D392FC89D0974A616D1696292D548B2025741839F110619DC3 | 06-25-2019 19:33:09 | Tushy | 06-25-2019 | 08-27-2019 | PA0002213234 |
| 24 | Info Hash: 7C8758690E3BB2F2D03A741B58A27C525B8699BA<br>File Hash: 151534E5F55D5BF44399297CB4C8134F890740DD54D3AACD279DF4EE37FE54C0 | 02-21-2019 20:28:21 | Tushy | 02-20-2019 | 04-29-2019 | PA0002170363 |
| 25 | Info Hash: 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE<br>File Hash: B0CF8CDC8AB738EDE332DBC1B97E7D7E6A7F0F85DE8FDA2BE1DA130155775A70 | 02-19-2019 23:24:34 | Vixen | 02-18-2019 | 03-11-2019 | PA0002158598 |
| 26 | Info Hash: 26027D4BBA9366856012B8C062375891C7926188<br>File Hash: 518F49722D012458CA767399DC4F77F113BD0897F82DBFAE6ECE845BCC7BD399 | 02-12-2019 18:41:38 | Vixen | 02-08-2019 | 03-24-2019 | PA0002183193 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18<br>File Hash: 533DB3DC2826A2465EBAA4692B5DEA36D80A9D178DE8CB1A181959A41230D69B | 02-04-2019 18:21:19 | Tushy | 01-26-2019 | 02-22-2019 | PA0002155150 |
| 28 | Info Hash: 23CBED3813DD9DE68B4DA0E04F9F4ABCD9A951CA<br>File Hash: BFE4DDB1A644BF5767CCCB7776F41D052F9509199B8CFB06D1D95E9D87C284CA | 01-21-2019 23:23:45 | Vixen | 03-25-2017 | 06-05-2017 | PA0002050771 |
| 29 | Info Hash: 6F163C383995F829D551524573789A6FEC5C22D5<br>File Hash: 661E619DD876DBDCE24A539D97D0914E43B04D80F5CC45273F7B638EEB2EE3F4 | 01-21-2019 23:22:25 | Vixen | 06-03-2018 | 07-09-2018 | PA0002109331 |
| 30 | Info Hash: 16964274EEF2DEB09294CF8A21B1AFBB9CC70842<br>File Hash: E1E282B1BD1C120CD2CCB60803E8E08E14EC9C2D723967F916AA9A73308D4BF3 | 01-19-2019 23:49:32 | Tushy | 01-11-2019 | 01-22-2019 | PA0002147904 |
| 31 | Info Hash: FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E<br>File Hash: A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 01-19-2019 23:48:42 | Vixen | 01-14-2019 | 02-02-2019 | PA0002155387 |